Green v. Hotaling.

STATE, ANDREW H. GREEN ET AL., EXECUTORS, PROSE-
CUTORS, PLAINTIFFS IN ERROR, v. CONRAD A. HOTA-
LING, ET AL., COMMISSIONERS, DEFENDANTS IN ERROR.

On error to the Supreme Court.   For opinion of the Su-
preme Court, see 15 *Vroom* 347.

For the plaintiffs in error, *Spencer Weart* and *James B.
Vredenburgh.*

For the defendants in error, *W. S. Stuhr* and *Leon Abbett.*

THE CHANCELLOR.   The judgment in this case should be
affirmed for the reasons given by the court below.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
KNAPP, MAGIE, REED, SCUDDER, CLEMENT, COLE, PAT-
ERSON, WHITAKER.   10.

*For reversal*—None.